LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 23 2022

KEVIN P. WEIMER, Clerk
By: _____

AUDREY BRUCE SWANSON )
_____ )
Petitioner )
)
v. )  Case No. __1:22-CV-3403__
)              (Supplied by Clerk of Court)
)
CRAIG D. OWENS, SR. )
_____ )  COBB
Respondent (name of warden or authorized person having custody )  20-9-03070-67
of petitioner)
COBB COUNTY SHERIFF

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **AUDREY BRUCE SWANSON**
   (b) Other names you have used: **N/A**
2. Place of confinement:
   (a) Name of institution: **COBB COUNTY ADULT DETENTION CENTER**
   (b) Address: **1825 COUNTY SERVICES PKWY MARIETTA GEORGIA 30060**
   (c) Your identification number: **000 024 181**
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☒ Other - explain:
   **GEORGIA ON ORDERS OF COBB COUNTY**
4. Are you currently:

   ☒ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____

   ☐ Being held on an immigration charge

   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:  COBB COUNTY SUPERIOR COURT
   P.O BOX 3370 MARIETTA, GA 30090
   (b) Docket number, case number, or opinion number:  203070
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   HIGH BOND AMOUNT

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:  SUPERIOR COURT OF COBB COUNTY
       19-WD-12086, 20-WD-6560, 203070
       (2) Date of filing:  10 MARCH 2022
       (3) Docket number, case number, or opinion number:  203070
       (4) Result:  NO CHANGE OF BOND AMOUNT
       (5) Date of result:  07 JULY 2022
       (6) Issues raised:  URGENT MEDICAL, URGENT DENTAL REPLACEMENT, CAN NOT AFFORD HIGH BOND, TOO HIGH COMPARED TO OTHER BONDS, TOO HIGH AGAINST INCOME

   (b) If you answered "No," explain why you did not appeal:  FILING PETITION FOR WRIT OF HABEAS CORPUS

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes         ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**  N A

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes         ☐ No

    If "Yes," answer the following:

    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes         ☐ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes      ☑ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes      ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes      ☐ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: GRIEVANCE 093107
(b) Name of the authority, agency, or court: COBB COUNTY DETENTION FACILITY
(c) Date of filing: JULY 10, 2022
(d) Docket number, case number, or opinion number: CASE # 74123
(e) Result: NOTIFIED INVESTIGATION UNIT
(f) Date of result: 7-14-2022 (SWIPE)
(g) Issues raised: SON DUSTIN SWANSON & DAUGHTER MINDY ALEXANDER MADE APP TO TAKE THOUSANDS OF DOLLARS FROM MY BANKS USING MY PERSONAL INFO, TOOK SOME $10,000 FROM MY HOUSE SAFE, MY HOUSE AIR B&B BUSINESS, TAKEN OVER MY HOUSE AND BROUGHT THESE CHARGES, TRANSFERRED $300,000 PAID-FOR HOUSE TO MINDY ALEXANDER, DEFAULTED ON A $25,000 LOAN. SEE ATTACHED (WELLS FARGO BANK)

Page 6 of 9

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** ILLEGAL ARREST AND DETENTION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: 2ND ARREST IN DECEMBER 2019, IT WAS NOT NECESSARY TO ARREST ME AS A CASE No. 203070 EXISTED & PER O.C.G.A. §17-6-14(A) THE EXISTING BOND ABOUT $28,000 SHOULD HAVE COVERED THIS AND CHARGES SIMPLY ADDED. ATTORNEY SAID THIS.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND TWO:** THE RIGHT TO A REASONABLE AND AFFORDABLE BOND

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
BOND WAS SET AT $75,000. THIS IS WAY TOO HIGH FOR MY RESOURCES. MY SOCIAL SECURITY, SOLE INCOME, COVERS CAR PAYMENTS AND I HAVE NO OTHER INCOME.

(SEE ADDENDUM)

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** EVIDENCE FOR ARREST

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
ALL HEARSAY, NO ALLEGED VICTIM-WITNESS APPEARED TO TESTIFY. THE DAUGHTER-IN-LAW TOLD ME THAT ALLEGED VICTIM WERE HYPNOTIZED AND LED TO THEIR STATEMENT & INVESTIGATOR WAS LEAD BY PROSECUTOR TO HIS TESTIMONY. MY LAWYER OBJECTED.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** PROBABLE CAUSE HEARING (COBB COUNTY) VIOLATED OBJECTION TO HEARSAY STATUTE (SIXTH AMENDMENT)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

DURING PROBABLE CAUSE HEARING, I OBJECTED TO STATE NOT PRODUCING AN ALLEGED VICTIM/WITNESS AS THIS IS BASED ON HEARSAY; NO EXPLAINATION OF WHERE OR WHY ALLEGED VICTIM WAS NOT PRODUCED. THIS MADE PROBABLE CAUSE HEARING A ONE SIDED HEARING.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: SEE ATTACHED

**Request for Relief**

15. State exactly what you want the court to do: NEED BOND AMOUNT $20,000 OR LESS, AS SOON AS POSSIBLE.

LF 026 (Rev. 11/19) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: AUGUST 4, 2022              *Audrey Bruce Swanson*
                                  *Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*


COBB COUNTY SHERIFF
CRAIG D. OWENS, SR.
PUBLIC SAFETY BLDG.
185 ROSWELL STREET
MARIETTA, GA  30090