UNITED STATES DISTRICT COURT
for the Northern District of Georgia

COPY

| | |
|---|---|
| Audrey Bruce Swanson<br>Petitioner<br>V.<br><br>Craig D. Owens, Sr.,<br>Respondent<br><br>Cobb County Sheriff | Case No. **1:22-CV-3403** |

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Personal Information

1. Full Name: Audrey Bruce Swanson
   Other names you have used: N/A
2. Place of Confinement:
   (A) Name of Institution: Cobb County Adult Detention Center
   (B) Address: 1825 County Services Pkwy, Marietta Georgia 30060
   (C) Your Identification Number: 000 024 181
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☐ State authorities  ☒ Other - Explain:
   ___Georgia on Orders of Cobb County___
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)

P.I.                                                                 2/9

COPY

6. More information about the decision or action
   you are challenging:
(a) Name and Location of Court:
    COBB COUNTY SUPERIOR COURT
    P.O. Box 3370 Marietta, GA 30090
(B) Docket number or case number:
(C) Decision you are challenging: High Bond Amount

      Earlier Challenges of the Decision

7. First appeal
   Did you appeal the decision, file a grievance,
   or seek an administrative remedy?
   ☒ Yes
(a) 1. Name of court: SUPERIOR COURT of COBB COUNTY
    19-WD-12086, 20-WD-6560, 203070
2. Date of filing: 10 MARCH 2022
3. Docket number or case number: 203070
4. Result: No change of Bond Amount
5. Date of result: 07 July 2022
6. Issues raised: URGENT medical, URGENT Dental
ReplaceMent, can not Afford High Bond, too high
Compared to other Bonds, Too high Against Income
(B) Filing Petition for Writ of HaBeAs Corpus


8. Second appeal

3 of 9

cory

9. Third appeal


10. Motion under 28 U.S.C. 2255
   N/A


(B) Have you ever filed a motion in a U.S. Court of
Appeals under 28 U.S.C. 2244(B)(3)(A), seeking
permission to file a second or successive Section
2255 motion to challenge this conviction or
sentence?
☒ NO


11. Appeals of immigration proceedings
   Does this case concern immigration proceedings?
   ☒ NO
                                                        4/9

COPY

10. Motion under U.S.C. § 2255 NA

(B) HAVE you EVER filed a motion in a United States Court of Appeals under 28 U.S.C.§ 2244 (b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?     4-69

☐ YES     ☑ NO

11. Does this case concern immigration proceedings?   ☐ YES  ☑ NO

12. Other Appeals     5 OF 9

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ YES     ☐ NO

If "YES", provide:

(a) Kind of petition, motion, or application: GRIEVANCE 093107

(b) Name of the authority, agency, or court: Cobb County Detention Facility

(C) Date of filing: July 10, 2022

(D) Docket number, case number, or opinion number: CASE # 74123

(E) Result: Notified Investigation Unit (& Wife)

(f) Date of Result: 7-14-2022

(g) Issues raised: Son Dustin Swanson & Daughter Mindy Alexander made App to take thousands of dollars from my Banks using my personal info & took some $10,000 from my house safe, made my house an air BnB Business, taken over my house and brought these charges, transferred $300,000, paid for house to Mindy Alexander, defaulted on a $25,000 loan

see Attached (Wells Fargo Bank)

P.3.

4 OF 9
5 OF 9
6 OF 9

copy

13. Grounds for Your Challenge in This Petition

Ground One: Illegal Arrest and Detention
(A) Supporting Facts
(a) 2nd Arrest. In December 2019, it was not necessary to
arrest me as a case number No. 203070 existed & Per
O.C.G.A. §17-6-14 (2) the existing bond about $28,000
should have covered this and charges simply added. Attorney
said this.

Ground Two: The Right to a reasonable and affordable bond
(A) Supporting facts
Bond was set at $75,000. This is way too high for my re-
sources. My social security, sole income, covers car payment
and I have no other income.

Ground Three: Evidence for arrest
(A) Supporting facts
All heresay, no alleged victim-witness appeared to testify.
The daughter-in-law told me that alleged victim were
hypnotized and led to their statement & investigator was
lead by prosecutor to his testimony. My lawyer objected.

COPY
AUDREY BRUCE SWANSON

Ground Four: ProBaBle Cause Hearing (COBB COUNTY)
VIOLATED OBJection TO Hearsay STATUTE (Sixth
Amendment)
(a) Supporting facts:
During ProBaBle Cause Hearing, I oBjected
to State NOt Producing AN Alleged VICTim/
WitNess As this iS Based on Hearsay; NO
ExPLaination of where or why Alleged victim
was not produced. This made ProBale cause
hearing A ONe Sided Hearing.
(B) Did you present Ground Four in all appeals that
were available to you?
☒ NO


14. If there are any grounds that you did not
present in all appeals that were available to
you, explain why you did not: See Attached




Request for Relief


15. State exactly what you want the court
to do: Need Bond Amount $20,000 or less
As soon As Possible.




8 oF9

COPY

## Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: AUGUST 4, 2022          X

Audrey Bruce Buanson

9 OF 9

COPY

# AuthORIZATION FoR ACCOUNT WiTHDRAWAL

I hereBY authorize my custodian and his/her
designee to withdraw funds From my inmate
account and to transmit the same to the clerk,
United States District Court to Be applied
to the filing fee which I am required to
pay in connection with this case. This
authorization shall apply to any institution
in which I am or may Be confined.


Executed this ___4TH___ day of __AUGOST__ , 20 22


Audrey Bruce Lumnson X


COBB COUNTY SHERIFF
CRAIG D. OWENS, SR
PUBLIC SAFETY BLDG.
185 ROSWELL STREET
MARIETTA, GA 30090

10