AT RDC 530 28:2241st

**1:22-CV-3403**

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE **N/A**   DIVISION **Atlanta**
MAG. JUDGE **N/A**   IFP **Yes**   FEE ____
DATE FILED **08/23/22**   PREVIOUS CASES **No**

NAME **Audrey Bruce Swanson**   ID # **000-024-181**
PRO SE **Yes**   ATTORNEY ____
PLACE OF INCARCERATION **Cobb County Detention Center**
CITY **Marietta**   STATE **GA**   COUNTY **Cobb**

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ___ | OTHER: ____ |

____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

____ STAFF LAW CLERK:
____ Pauper's affidavit insufficient or no affidavit
____ Complaint or petition not signed or is incomplete
____ No copies
____ Other: ____

04 AUGUST 2022

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 23 2022
KEVIN P. WEIMER, Clerk
By: Cheryl Paim, Deputy Clerk

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT

RE: PRETRIAL HABEAS CORPUS

FROM: AUDREY BRUCE SWANSON

CLERK,
GOOD DAY TO YOU.
  ENCLOSED PLEASE FIND (2) TWO COPIES OF 28 U.S.C. §2241, PETITION FOR A WRIT OF HABEAS CORPUS.

## ATTACHMENTS

1. GRIEVANCE 093107, CASE# 74123 COBB COUNTY JAIL.
2. SIX MONTHS ACCOUNTING TRANSACTIONS & BALANCES FROM COBB COUNTY JAIL.
3. HANDWRITTEN COPY OF GRIEVANCE 093107
4. GROUND 2 (ADDENDUM CONTINUED)

PLEASE STAMP ONE COPY CONTAINED HEREIN AND RETURN ONE COPY TO ME IN THE MANILLA ENVELOPE ENCLOSED. INCLUDE CASE# OR DOCKET#.

BEST

Audrey Swanson